IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAKESIA TIBBS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. |
| MGM NATIONAL HARBOR, LLC | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

Defendant, MGM National Harbor, LLC, hereby removes Case No. CAL22-19683 from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal states as follows:

**Statement of the Case**

1. The above-captioned action was filed by Plaintiff Lakesia Tibbs on or about July 21, 2022 in the Circuit Court for Prince George's County, Maryland, Case No. CAL22-19683. A copy of the Complaint is attached hereto as **Exhibit A**.

2. Plaintiff originally named and served an entity identified as "MGM Resorts International, Inc. a/k/a MGM Resorts International" with the Summons and Complaint on August 10, 2022 through CSC Lawyers Incorporating Service Company, a copy of which is attached hereto as **Exhibit B**.

3. "MGM Resorts International, Inc. a/k/a MGM Resorts International" is not a proper entity for this alleged loss.

4. Plaintiff filed an Amended Complaint removing "MGM Resorts International, Inc. a/k/a MGM Resorts International" and naming the proper entity "MGM National Harbor, LLC" on or about August 26, 2022. A copy of the Amended Complaint is attached hereto as **Exhibit C**.

5. Defendant has waived formal service of the Amended Complaint.

6. The Complaint purports to assert claims of negligence and respondeat superior liability.

7. Plaintiff seeks relief including compensatory and other damages "in the amount of five hundred thousand dollars." *See* **Exhibit C**, p. 4.

### Diversity Jurisdiction pursuant to 28 U.S.C. §1332(a)

8. This Court has jurisdiction over this matter under 28 U.S.C. §1332(a), because there is complete diversity of citizenship between Plaintiff and Defendant, and more than $75,000 (exclusive of interest and costs) is at stake.

9. Plaintiff alleges that she is a resident/citizen of the District of Columbia.

10. Defendant, MGM National Harbor, LLC, is not a citizen of District of Columbia.

11. Plaintiff in this action requests unspecified compensatory damages "in the amount of five hundred thousand dollars" plus costs and interest. Thus, over $75,000 is in controversy and the jurisdictional threshold under 28 U.S.C. §1332(a) is satisfied.

### Conclusion

12. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5(a) a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon Defendant, MGM National Harbor, LLC, are being filed with this Notice of Removal.

13. This Notice of Removal is being filed within 30 days of the date that original service was made. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

14. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the District of Maryland is the federal judicial district embracing the Circuit Court for Prince George's County, where the State Court Action was originally filed.

15. By notice of Removal, Defendant, MGM National Harbor, LLC, does not waive any objections it may have as to service, jurisdiction, or venue, or any other defenses or objections it may have to this action. Defendant contends no admission of fact, law, or liability by this Notice, and expressly reserves all defenses, motions, and or pleas.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Emily F. Belanger*
_____
Angela W. Russell (Bar No. 15227)
Emily F. Belanger (Bar No. 18893)
250 West Pratt Street, Suite 2200
Baltimore, MD 21201
Phone:  (410) 538-1800
Fax: (410) 962 -8758
Angela.Russell@wilsonelser.com
Emily.Belanger@wilsonelser.com
*Attorneys for Defendant*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2022, a copy of this Notice of Removal was served via first-class mail, postage prepaid, to the following counsel of record:

Keith W. Watters, Esq.
KEITH WATTERS & ASSOCIATES
1667 K Street NW, Suite 1125
Washington, D.C. 20006
keithwatters@verizon.net
*Attorneys for Plaintiff*

*/s/ Emily F. Belanger*
_____
Emily F. Belanger

274955950v.1